IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-124-FL
No. 5:17-CV-382-FL

| | |
|---|---|
| DARRELL ALPHONSO JORDAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | ORDER HOLDING |
| v. ) | IN ABEYANCE |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

For good cause having been shown upon the unopposed motion of the Respondent to place this matter in abeyance, it is hereby

ORDERED that this matter be placed in abeyance pending the Fourth Circuit's decisions in United States v. Walker, No. 15-4301 (4th Cir. 2016), and United States v. Simms, No. 15-4640 (4th Cir. 2016).

This  16th   day of November, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge