IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-124-FL-1
NO. 5:17-CV-382-FL

| | | |
|---|---|---|
| DARRELL ALPHONSO JORDAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on petitioner's failure to respond to the court's February 19, 2020, order. In that order, the court dismissed petitioner's motions to vacate his convictions and sentence to the extent petitioner challenged his 18 U.S.C. § 924(c) conviction under Johnson v. United States, 135 S. Ct. 2551 (2015) and United States v. Davis, 139 S. Ct. 2319 (2019). The court, however, afforded petitioner opportunity to file amended 28 U.S.C. § 2255 motion particularizing his claims for ineffective assistance of counsel and that his guilty plea was involuntary. The order warned petitioner that these claims would be dismissed if he failed to file an amended motion.

Petitioner did not respond to the court's order within the allotted time period. Accordingly, the court DISMISSES petitioner's motions to vacate. (DE 33, 35, 40). Petitioner's claims for ineffective assistance of counsel and involuntary guilty plea are dismissed without prejudice. A certificate of appealability is DENIED. The clerk is DIRECTED to close this case.

SO ORDERED, this the 15th day of April, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge

2